IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA ROSSERO, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>**V** )<br>)<br>**ELI LILLY AND COMPANY,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 14-1084<br><br>Magistrate Judge Cynthia Reed Eddy |

## ORDER

AND NOW, this **31ˢᵗ day of December, 2014,** the following deadlines are set for the above-captioned matter:

### 1. Initial Rule 16 Scheduling Conference

An Initial Rule 16 Scheduling Conference has been scheduled for **January 30, 2015 at 10:00 AM** in Suite 10160, Tenth Floor, U.S. Post Office and Courthouse Building, Pittsburgh, Pennsylvania. All counsel and unrepresented parties shall bring their calendars to the conference for scheduling purposes. The parties should be prepared to discuss settlement.

### 2. Rule 26(f) Conference

Pursuant to the Rule 26(f), the parties must confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to make or arrange for the disclosures required by the Rule 26(a)(1) on or before **January 20, 2015.**

### 3. Rule 26(f) Report, Proposed Case Management Order and ADR Stipulation

The parties shall confer as necessary and file with the Clerk of Court their 26(f) report **(with attached Proposed Case Management Order)** and also file their ADR Stipulation at least 3 days prior to Rule 16 Scheduling Conference **(The Rule 26(f) report and the ADR Stipulation must contain the information located on the Court's Website under ADR Program Information and the revised Local Rule 16.2.)The parties must identify the type of ADR selected and the person selected to be the evaluator.**

### 4. Position Letters

At least three (3) business days prior to all conferences, (case management, settlement, or pre-trial) counsel for each party shall submit a position letter, not to exceed 4 pages, to this Court. The position letter shall set forth the following: (a) A brief recitation of the facts; (b) A discussion of your party's strengths and weaknesses; and (3) Your party's settlement posture. To ensure candor, the position letters are not to be filed nor shared with opposing counsel, but rather, are to be faxed directly to this Court's Chambers at (412) 208-7583. All position letters will be kept confidential.

### 5. Consent to Jurisdiction

The above-captioned case has been assigned to the undersigned for all matters, including final disposition. Therefore, IT IS HEREBY ORDERED that on or before **January 20, 2015** each party shall complete an election form, located on this Court's website, either consenting to jurisdiction by the magistrate judge or electing to have a district judge assigned to the case, and shall file the form with the Clerk's Office.

s/ Cynthia Reed Eddy  
Cynthia Reed Eddy  
United States Magistrate Judge