IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA ROSSERO and CHRISTOPHER ROSSERO, | : : : : | Civil Action No. 2:14-cv-01084-CRE<br><br>Hon. Cynthia Reed Eddy |
| Plaintiffs, | : : : | |
| v. | : : | |
| ELI LILLY AND COMPANY, | : : : | |
| Defendant. | : : : : : : : | |

DEFENDANT ELI LILLY AND COMPANY'S ELECTION OF DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Dated:  January 20, 2015                    Respectfully submitted,


/s/G. Richard Murphy
John C. Hansberry (PA I.D. No. 74721)
G. Richard Murphy (PA I.D. No. 306456)
PEPPER HAMILTON LLP
500 Grant Street, Suite 5000
Pittsburgh, PA 15219-2507
Tel:    (412) 454-5000
Fax:   (412) 281-0717
Email: hansberj@pepperlaw.com
Email: murphyg@pepperlaw.com

*Attorneys for Defendant,*
*Eli Lilly and Company*

CERTIFICATE OF SERVICE

I, John C. Hansberry, hereby certify that a true and correct copy of the foregoing Election Form has been filed electronically and is available for viewing and downloading from the ECF system.  All parties have consented to electronic service.


Date:  January 20, 2015          */s/G. Richard Murphy*
                                  G. Richard Murphy