IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA ROSSERO and CHRISTOPHER ROSSERO, | : : : : : | Civil Action No. 2:14-cv-01084-CRE<br><br>Hon. Cynthia Reed Eddy |
| Plaintiffs, | : : | |
| v. | : : | |
| ELI LILLY AND COMPANY, | : : : | |
| Defendant. | : : : : : : | |

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

It is hereby ORDERED and DECREED that the Motion for Admission Pro Hac Vice of Michael X. Imbroscio, Esq., to appear on behalf of Defendant Eli Lilly and Company in the above-captioned matter is hereby GRANTED and Michael Imbroscio is hereby specially ADMITTED to the bar of this Court for the purposes of this matter.

On this _____ day of April, 2016.

_____
Hon. Cynthia Reed Eddy