AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Melissa Rossero and Christopher Rossero ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   14-cv-01084-CRE |
| Eli Lilly and Company ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Melissa Rossero and Christopher Rossero .

Date:   04/21/2016

/s/ T. Matthew Leckman
*Attorney's signature*

T. Matthew Leckman
*Printed name and bar number*
Pogust Braslow & Millrood LLC
Eight Tower Bridge
161 Washington Street, Suite 940
Conshohocken, PA 19428
*Address*

mleckman@pbmattorneys.com
*E-mail address*

(610) 941-4204
*Telephone number*

(610) 941-4245
*FAX number*