IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA ROSSERO and CHRISTOPHER ROSSERO,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  14-1084<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT REQUEST FOR ADDITIONAL 30-DAY STAY

Following the earlier agreement in principle by the parties' counsel for a procedure to settle a large number of Cymbalta personal injury withdrawal cases pending in various federal and state courts across the country, the parties' counsel have now reached agreement on key terms of that settlement and are within a few days of finalizing a formal settlement agreement. Accordingly, the parties respectfully request an additional 30-day stay to permit them to finalize that agreement. The parties will submit a further update within 30 days of this notice and expect that such update will include a timeline for the ultimate resolution or dismissal of Plaintiff's case. The parties further request, in light of their need for additional time, that the Court postpone the status conference currently set for July 14, 2016, at 2:00 p.m. until the close of the additional 30-day period.

| | |
|---|---|
| Dated: July 11, 2016 | Respectfully submitted, |

/s/ T. Matthew Leckman
T. Matthew Leckman
Harris L. Pogust
Sarah Schindler
Pogust Braslow & Millrood, LLC
161 Washington Street
Suite 1520
Conshohocken, PA 19428
(610) 941-4204
mleckman@pbmattorneys.com
hpogust@pbmattorneys.com
sschindler@pbmattorneys.com

*Attorneys for Plaintiffs*

/s/ Brett C. Reynolds
Brett C. Reynolds, *pro hac vice*
Michael X. Imbroscio, *pro hac vice*
Phyllis A. Jones, *pro hac vice*
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20003
(202) 662-5335
breynolds@cov.com
mimbroscio@cov.com
pjones@cov.com

G. Richard Murphy (PA I.D. No. 306456)
John C. Hansberry (PA I.D. No. 74721)
PEPPER HAMILTON LLP
500 Grant Street, Suite 5000
Pittsburgh, PA 15219-2507
(412) 454-5000
murphyg@pepperlaw.com
hansberj@pepperlaw.com

*Attorneys for Eli Lilly and Company*

CERTIFICATE OF SERVICE

      I, Brett Reynolds, hereby certify that a true and correct copy of the foregoing Motion has been filed electronically and is available for viewing and downloading from the ECF system. All parties have consented to electronic service.

Date: July 11, 2016                /s/ Brett Reynolds
                                            Brett Reynolds